Sam Serio, Appellee, v. Bowman Dairy Company, Appellant.

Gen. No. 43,917.

opinion
filed May 20, 1947; released for publication June 9, 1947. Robert D. Thompson, for appellant; Richard E. Keogh, of counsel; J. W. Horwitz and Abraham B. Litow, for appellee; Lester E. Williams, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.